UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORGE TELLEZ-GONZALEZ,<br><br>                    Defendant. | **CR-13-2095-FVS-1**<br><br>ORDER DENYING DEFENDANT'S PRO SE REQUEST FOR "EXPEDITED CONSIDERATION" |

**THE COURT** having declined to resentence the defendant (ECF No. 112); and the Court having declined to reconsider its decision (ECF No. 115); Now, therefore

**IT IS HEREBY ORDERED:**

1. The defendant's "Motion and Request" (**ECF No. 116**) is **denied**.

2. The Court will not resentence the defendant.

1

3. The District Court Executive is directed to send copies of ECF Nos. 112 and 115 to the defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, furnish a copy to the defendant, **and close the case**.

**DATED** this 7th day of October, 2016.

> s/Fred Van Sickle
> FRED VAN SICKLE
> Senior United States District Judge